## DECLARATION OF TIMOTHY HOLDEN

I, TIMOTHY HOLDEN, declare as follows:

1. I am a Special Agent ("SA") with the Bureau of Alcohol Tobacco Firearms and Explosives ("ATF"). I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On August 17, 2022, defendant Ellourth Eladio Simon ("SIMON") was arrested and made his initial appearance. As part of the terms of his pre-trial release, defendant SIMON was ordered to surrender all firearms in his possession and/or control, and I understood that I was ordered to retrieve those firearms and file a declaration or affidavit confirming receipt of those firearms.

3. On August 22, 2022, I went to defendant SIMON's residence and took custody of the firearms listed in the attached ATF property receipt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 23, 2022.

_____
TIMOTHY HOLDEN

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number 784015-21-0042 | Case/Inspection Title | Office ATF LA I |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
Ellourth Simon
2155 Vineyard Ave,
Los Angeles, CA 90016

Recipient: *(name, title, address, if appropriate)*
SA Timothy Holden
ATF LA I office

Location of Transfer or Seizure:
2155 Vineyard Ave, Los Angeles, CA 90016

Basis for Transfer or Seizure of Items:

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Smith and Wesson, MP45  S/N HPH0223 |
| 1 | Maverick Arms, M88  S/N MV026l129 |
| 1 | Springfield Armory XD9101  S/N HD920852 |
| 1 | Beretta 92FS  S/N BER760932 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*   Date 8/22/22
Transferred by: *(signature, if appropriate)*   Date 8/22/22
Witnessed by: *(signature)*   Date 8/22/22

GPO U.S. GOVERNMENT PRINTING OFFICE: 2018-405-134 / 8-07031

ATF Form 3400. 23
Revised March 2005